UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

WILL BAILEY,

    Defendant.

Case No. C06-5173RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff is directed to file an amended complaint within thirty days of this order being signed.

(3) The amended complaint must comply with the directions given by the court in Judge Arnold's Report and Recommendation. Failure to comply may result in dismissal of this action or other sanctions.

(3) 4he Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. J. Kelley Arnold.

DATED this 8th day of September, 2006.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE