HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

    v.

WILL BAILEY,

        Defendant.

Case No. C06-5173RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon plaintiff's reconsideration/appeal [Dkt. #17] of the U.S. District Judges' Management Order [Dkt. #14]; plaintiff's reconsideration/appeal [Dkt. #18] of Magistrate Judge J. Kelley Arnold's Order Denying Plaintiff's Motion to Consolidate Cases [Dkt. #8] and Order Denying Motion for Reconsideration [Dkt. #9]; and plaintiff's reconsideration/appeal [Dkt. #40] of Magistrate Judge J. Kelley Arnold's Order Denying Motion to Appoint Counsel, Order on Motion for Leave, Order on Motion for Discovery, Order on Motion to Stay, and Order on Motion for Sanctions [Dkt. #38].

Having considered the entirety of the records and file herein, the Court rules as follows:

This case has been referred to the Magistrate Judge under 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of a magistrate judge to whom a matter has been referred for pretrial matters may be reviewed by the district court upon the objection of a party. The court construes Mr. Scott's "appeals" in these instances to be such objections.

**ORDERED** that plaintiff's reconsiderations/appeals [Dkts. #17, 18 and 40] are **DENIED**.

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2  pro se.
3    Dated this 22nd day of November, 2006.

            _____
            RONALD B. LEIGHTON
            UNITED STATES DISTRICT JUDGE