# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD ROY SCOTT,

          Plaintiff,          JUDGMENT IN A CIVIL CASE

  v.

WILL BAILEY    ,          CASE NUMBER: C06-5173RBL

          Defendants,

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Plaintiff has failed to properly amend his complaint despite being given over 90 days from the time of the Report and Recommendation to amend (Dkt. #39), and nearly 90 days from the Order adopting that Report and Recommendation (Dkt. #44). This action is DISMISSED WITH PREJUDICE for failure to comply with court orders. Any pending motion is DENIED.

    February 23, 2007                    BRUCE RIFKIN
                                                     Clerk

                                                   /s/ Pat LeFrois
                                                   Deputy Clerk